IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CRAIG MORRIS,

    Petitioner,

    v.

WARDEN, MARION
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:12-CV-995
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KING

## ORDER

On September 30, 2013, the Magistrate Judge recommended that the petition for a writ of habeas corpus be dismissed. *Report and Recommendation,* Doc. No. 13. Petitioner has filed objections to that recommendation. *Objection,* Doc. No. 15. The Court will consider the matter *de novo. See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

In his objections, Petitioner again argues that his claims warrant federal habeas corpus relief. However, for the reasons already detailed in the Magistrate Judge's *Report and Recommendation,* Petitioner's *Objection,* Doc. No. 15, is **OVERRULED**. The *Report and Recommendation,* Doc. No. 13, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

11-5-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE