AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**CRAIG MORRIS,**

       **Petitioner,**

                            **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, MARION**              **CASE NO. 2:12-CV-995**
**CORRECTIONAL INSTITUTION,**   **JUDGE EDMUND A. SARGUS, JR.**
                                      **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Respondent.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the ORDER filed November 5, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: November 5, 2013                     JOHN P. HEHMAN, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk